BEFORE THE SECOND DIVISION, MARCH 19, 1968

**No. P68/159.**—American Rieter Co., Inc. *v.* United States, protests 61/21110, etc. (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of drawtwisters, which are dedicated to use on or with such machines, similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division, and Alltransport, Inc.,* et al. v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 56 Cust. Ct. 880, Abstract 69811), the claim of the plaintiff was sustained.

**No. P68/160.**—A. Brickman, Inc. *v.* United States, protest 60/26934 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hose nozzles in chief value of brass similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiff was sustained.

**No. P68/161.**—Seedman International Corp. et al. *v.* United States, protests 63/18509–S, etc. (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of battery-operated horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), and that the items of merchandise marked "C" covered by the foregoing protests consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.